**GREG COLEMAN LAW**
Alex R. Straus, Esq. (SBN 321366)
alex@gregcolemanlaw.com
William A. Ladnier, Esq. (SBN 330334)
will@gregcolemanlaw.com
Greg F. Coleman, Esq.
(admitted *pro hac vice*)
greg@gregcolemanlaw.com
Adam Edwards, Esq.
(admitted *pro hac vice*)
adam@gregcolemanlaw.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
Fax: (865) 522-0049

*Attorneys for Plaintiffs*
*[Names and addresses of Additional Counsel for Plaintiffs on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JULIAN, MARK PACANA, PAUL FISKRATTI, and WAYNE LEWALD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TTE TECHNOLOGY, INC., dba TCL NORTH AMERICA,<br><br>Defendant. | Case No. 3:20-CV-02857-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY RE: DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT.**<br><br>Judge: Hon. Edward M. Chen<br>Crtrm: 5—17th Floor<br>Hearing Date: February 25, 2021<br>Time: 1:30 PM |

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY RE: DEFENDANT'S MOTION TO DISMISS THE
SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:20-CV-02857-EMC

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a sur-reply in response to Defendant TTE Technology, Inc.'s ("TTE") reply brief regarding its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (the "Motion"). Plaintiffs' proposed sur-reply addresses new evidence that was not available to Plaintiffs at the time they filed their opposition to the Motion. *Therasense, Inc. v. Becton, Dickinson and Co.*, 560 F. Supp. 2d 835, 840 n.3 (N.D.Cal. 2008) (granting "motion for leave to file sur-reply and additional new evidence in support of its opposition"); *FTC – Forward Threat Control, LLC v. Dominion Harbor Enters., LLC*, Case No. 5:19-cv-06590-EJD, 2020 U.S. Dist. LEXIS 170694 (N.D. Cal. Sept. 16, 2020) (granting motion for leave to file a sur-reply in opposition to a motion to dismiss regarding discovery not produced until after briefing on the motion was completed). A copy of Plaintiffs' proposed sur-reply is attached hereto as **Attachment 1.**

Plaintiffs recognize that the hearing on TTE's Motion, scheduled for Thursday, February 25, is before the four-day response time provided by Civil Local Rule 7-11. However, in preparing for oral argument on TTE's Motion, Plaintiffs noted the inconsistencies between TTE's briefing and its discovery responses, and are diligently bringing those to the Court's attention. Plaintiffs also note that per Civil Local Rule 7-11(c), this motion will be "deemed submitted for immediate determination without hearing on the day after the opposition is due," and therefore respectfully request the Court take it into consideration in deciding TTE's Motion.

Dated: February 23, 2020            *s/Alex R. Straus*

**GREG COLEMAN LAW**
Alex R. Straus, Esq. (SBN 321366)
alex@gregcolemanlaw.com
William A. Ladnier, Esq. (SBN 330334)
will@gregcolemanlaw.com
Greg F. Coleman, Esq. (admitted *pro hac vice*)
greg@gregcolemanlaw.com
Adam Edwards, Esq. (admitted *pro hac vice*)
adam@gregcolemanlaw.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080

**CRUEGER DICKINSON LLC**
Charles J. Crueger, Esq. (admitted *pro hac vice*)
cjc@cruegerdickinson.com
Erin K. Dickinson, Esq. (admitted *pro hac vice*)
ekd@cruegerdickinson.com
Ben Kaplan, Esq. (to be admitted *pro hac vice*)
bak@cruegerdickinson.com
4532 North Oakland Avenue
Whitefish Bay, WI 53211
Tel.: (414) 210-3868

**HUDOCK LAW GROUP, S.C.**
Luke P. Hudock (admitted *pro hac vice*)
lphudock@law-hlg.com
P.O. Box 83
Muskego, WI 53150
Tel.: (414) 526-4906

*Attorneys for Plaintiffs*