**GREG COLEMAN LAW**
Alex R. Straus, Esq. (SBN 321366)
alex@gregcolemanlaw.com
William A. Ladnier, Esq. (SBN 330334)
will@gregcolemanlaw.com
Greg F. Coleman, Esq.
(admitted *pro hac vice*)
greg@gregcolemanlaw.com
Adam Edwards, Esq.
(admitted *pro hac vice*)
adam@gregcolemanlaw.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
Fax: (865) 522-0049

*Attorneys for Plaintiffs*
*[Names and addresses of Additional Counsel for Plaintiffs on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER JULIAN, MARK PACANA, PAUL FISKRATTI, and WAYNE LEWALD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TTE TECHNOLOGY, INC., dba TCL NORTH AMERICA,<br><br>Defendant. | Case No. 3:20-CV-02857-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY RE: DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT.**<br><br>Judge:  Hon. Edward M. Chen<br>Crtrm:  5—17th Floor<br>Hearing Date: February 25, 2021<br>Time:   1:30 PM |

1

**[PROPOSED] ORDER**

2      Having reviewed Plaintiffs' Administrative Motion for Leave to File Sur-Reply Regarding

3  Defendant's Motion to Dismiss the Second Amended Class Action Complaint, and any other

4  papers filed in support or opposition thereof, and good cause existing, the Court hereby

5  **GRANTS** Plaintiffs leave to file its Sur-Reply.

6

7      IT IS SO ORDERED.

8  Dated: _____, 2021.          _____

9                            The Hon. Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28