| | |
|---|---|
| ISABELLE L. ORD (Bar No. 198224)<br>isabelle.ord@us.dlapiper.com<br>ELIZABETH C. CALLAHAN (Bar No. 323510)<br>elizabeth.callahan@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel: 415.836.2500 | Alex R. Straus, Esq. (Bar No. 321366)<br>alex@milberg.com<br>**MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC**<br>280 S. Beverly Drive, Suite PH<br>Beverly Hills, CA 90212<br>Tel: 865.247.00080 |
| CHRISTOPHER M. YOUNG (Bar No. 163319)<br>christopher.young@us.dlapiper.com<br>ALEXANDER E. WOLF (Bar No. 299775)<br>alexander.wolf@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619.699.2700 | Charles J Crueger, Esq. (*pro hac vice*)<br>cjc@cruegerdickinson.com<br>Ben Kaplan, Esq. (*pro hac vice*)<br>bak@cruegerdickinson.com<br>**CRUEGER DICKINSON LLC**<br>4532 North Oakland Avenue<br>Whitefish Bay, WI 53211<br>T: (414) 210-3868 |
| Attorneys for Defendant<br>TTE TECHNOLOGY, INC. | Attorneys for PLAINTIFFS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK PACANA, PAUL FISKRATTI, and WAYNE LEWALD, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>TTE TECHNOLOGY, INC., dba TCL NORTH AMERICA,<br><br>          Defendant. | CASE NO. 3:20-CV-02857-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' RESPONSE TO ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**<br><br>Judge:     Hon. Edward M. Chen<br>Crtrm:     5 – 17th Floor |

1    Plaintiffs Mark Pacana, Paul Fiskratti, and Wayne Lewald (collectively, "Plaintiffs") and
2 Defendant TTE Technology Inc. dba TCL North America ("TCL"), by and through their
3 respective counsel of record, hereby stipulate and agree to the following, subject to Court
4 approval:
5    WHEREAS, Plaintiffs filed their Motion for Preliminary Approval of Class Settlement and
6 Direction of Notice Under Fed. R. Civ. P. 23(e) (Doc. 120) (the "Motion") on February 15, 2022,
7 and Defendant filed its Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of
8 Class Settlement (Doc. 121) on March 1, 2022;
9    WHEREAS, on March 31, 2022, the Court ordered the parties to provide "Supplemental
10 Briefing and/or Evidence" on various aspects of the Settlement Agreement and the corresponding
11 Notice Plan (Doc. 125) (the "Order") by April 7, 2022;
12    WHEREAS, the Court will hold a hearing on the Motion on April 21, 2022, and the parties
13 will provide a status report by April 14, 2022 (Doc. 124);
14    WHEREAS, the parties are in the process of meeting and conferring on this the issues the
15 Court raised, including but not limited to discussing potential modifications to the Settlement
16 Agreement; and
17    WHEREAS, the parties have also contacted both the class administrator as well as the
18 mediator, Hon. Judge Gandhi (Ret.) of JAMS to assist in working through the Order's issues and
19 questions, but anticipate that additional time will be necessary to fully respond to the Order;
20    THEREFORE, the parties request one additional week, until April 14, 2022, to respond to
21 the Order.

| | | |
|---|---|---|
| 1 | Dated: April 5, 2022 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By: */s/ Isabelle L. Ord* |
| | |     ISABELLE L. ORD |
| 4 | |     CHRISTOPHER M. YOUNG |
| | |     Attorneys for Defendant |
| 5 | |     TTE TECHNOLOGY, INC. |
| 6 | | |
| 7 | Dated: April 5, 2022 | CRUEGER DICKINSON LLC |
| 8 | | By: */s/ Charles Crueger*[1] |
| 9 | |     CHARLES J. CRUEGER |
| | |     BEN KAPLAN |
| 10 | |     GREG G. COLEMAN |
| | |     Attorneys for Plaintiffs |
| 11 | |     CHRISTOPHER JULIAN, MARK PACANA, |
| 12 | |     PAUL FISKRATTI, and WAYNE LEWALD |

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

# [PROPOSED] ORDER

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby GRANTS the parties' Stipulation. It is HEREBY ORDERED that the response to the Order Re Supplemental Briefing and/or Evidence shall be due no later than April 14, 2022.

IT IS SO ORDERED.

Dated: _____     _____
The Honorable Edward M. Chen
United States District Judge