UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JULIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TTE TECHNOLOGY, INC., <br><br> Defendant. | Case No. 20-cv-02857-EMC <br><br> **JUDGMENT** |

On January 23, 2023, the Court issued its Final Approval Order and Order of Dismissal. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 23, 2023

_____
EDWARD M. CHEN
United States District Judge